**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.                                                        Crim. No. 1:24-cr-139 (TJK)

EDWARD ANDERSON

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joshua Stanton, an attorney duly admitted to practice before

this Court, respectfully enters his appearance as counsel on behalf of Defendant Edward Anderson

in the above-captioned action.

Dated: May 6, 2026                    /s/ Joshua Stanton
                                      Joshua Stanton
                                      DC Bar No. 90010653
                                      Stanton Law DC
                                      700 Pennsylvania Ave. SE Fl. 2
                                      Washington, D.C. 20003
                                      Tel: (213) 249-5232
                                      josh@stantonlawdc.com
                                      *Attorney for Defendant*
                                      Edward Anderson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance is being filed via

the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel

of record, this 6th day of May, 2026.

                                      /s/ Joshua Stanton
                                      Joshua Stanton